

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00497-CV

Satbir S. **CHHINA**, M.D. and Alejandro Gonzalez, Jr., FNP-C,
Appellants

v.

Luz Del Carmen **RODRIGUEZ** and Victor Velazquez, Individually and as Representative of the
Estate of Rigo Velazquez, Deceased,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA002662D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The appellees' unopposed motion for extension of time to file brief is hereby
GARNTED. Time is extended to October 29, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 8th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court